UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**AUTUMN LIANN DURDEN,**
    Petitioner,

v.

**WARDEN, FCI ALICEVILLE,**
    Respondent.

Case No. 7:23-cv-620-CLM-SGC

## MEMORANDUM OPINION

The magistrate judge has entered a report (doc. 15), recommending the court deny as unexhausted the petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241. The report advised the parties of the right to object within 14 days, but that deadline has expired and the court has not received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. So the court will deny the petitioner's claims as unexhausted and dismiss them without prejudice.

The court will enter a separate final judgment that carries out this ruling and closes this case.

The court **DIRECTS** the Clerk of Court to provide a copy of this memorandum opinion and the accompanying final judgment to the petitioner at her address of record and the address identified in the report and recommendation (doc. 15, p. 6).

**Done** on August 29, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE